**Robert S. Thomas, II**
Chapter 13 Trustee
(410) 825-5923

*Address for Correspondence*

300 E. Joppa Road, #409
Towson, MD 21286

*Address for Plan Payments*

P.O. Box 1838
Memphis, TN 38101-1838

September 26, 2019

U.S. Bankruptcy Court
8308 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Dear Processor:

    Enclosed is check ████████████████████████ heck #0243756, in the amount of $2,571.86 to be deposited into Unclaimed Funds for the cases listed on the attached Exhibit A.

    If you have any questions, please call our office.

Sincerely,

Robert S. Thomas, Trustee

Att.

| | | | |
|---|---|---|---|
| 18-11244 Sinosky | Tammi Ellen Sinosky 3655 Marpat Drive Abingdon, MD 21009 | $2,571.86 | |

Exhibit A